No. 17,350.

TRANSPORT INDEMNITY COMPANY ET AL. *v.* INDUSTRIAL COMMISSION OF COLORADO ET AL.

(267 P. [2d] 1119)

Decided March 15, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Messrs. WOLVINGTON & WORMWOOD, for plaintiffs in error.

Mr. DUKE W. DUNBAR, Attorney General, Mr. FRANK

A. Wachob, Deputy, Mr. Peter L. Dye, Assistant, for defendant in error Industrial Commission.